UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| JOE L. WOODS | ) | BANKRUPTCY CASE NUMBER 09-12022 |
| MARY D. WOODS | ) | CHAPTER 7 |
| | ) | |
| DEBTORS. | ) | |

### NOTICE OF DEPOSIT OF UNCLAIMED FUNDS WITH CLERK

Comes now the undersigned, Yvette Gaff Kleven, Trustee, and by way of notice states the following:

1. The undersigned is the duly appointed Chapter 7 Trustee in the bankruptcy in the above-entitled matter.

2. The Trustee filed her Final Report And Distribution Summary on June 29, 2010, and issued checks as proposed in said proposed distribution.

3. That Check #106 issued to One Stop Auto Sales Inc., 1010 Memorial Way, Suite 102, Fort Wayne, Indiana 46805 on July 23, 2010 in the amount of $12.25, was returned to the Trustee by the creditor, with a request for further information which the Trustee is unable to provide.

4. That the Trustee hereby gives notice that such amount of **$12.25** is being presented to the Clerk of the United States Bankruptcy Court for the benefit of such claimant.

Respectfully submitted,

  /s/ Yvette Gaff Kleven
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:   260 / 407-7000
ygk@sak-law.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 31st day of August, 2010, a true and correct copy of the above and foregoing Notice Of Deposit Of Unclaimed Funds With Clerk was transmitted electronically through the Bankruptcy Court's ECF System to: United States Trustee, USTPRegion10.SO.ECF@usdoj.gov,, and was sent via first class United States mail, postage prepaid, to: One Stop Auto Sales Inc., 1010 Memorial Way, Suite 102, Fort Wayne, Indiana 46805.

    /s/ Yvette Gaff Kleven
Yvette Gaff Kleven